446 A.2d 685

Kuhns, Appellant v. Hitlan.

 Argued November 13, 1980. Elmer Beatty,
for appellant; David L. Robinson, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

The judgment is affirmed on the comprehensive opinion of the late Honorable Earl S. Keim.